# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| ERNEST L. ROTHGEB, | : | |
| Plaintiff, | : | Case No. 3:08cv00115 |
| vs. | : | District Judge Thomas M. Rose |
| | | Magistrate Judge Sharon L. Ovington |
| MICHAEL J. ASTRUE, | : | |
| Commissioner of the Social | | |
| Security Administration, | : | |
| Defendant. | : | |

## DECISION AND ORDER

This case is before the Court upon the parties' Stipulation Regarding Attorney Fees And Costs Pursuant To The Equal Access To Justice Act (EAJA). (Doc. #15). The parties agree that Plaintiff is entitled to an award of attorney fees and costs under the EAJA, 28 U.S.C. §2412, in the total amount of $3,400.00. Accordingly, the Court hereby **ORDERS** that pursuant to the parties' Stipulation:

1. The Commissioner shall pay Plaintiff's attorney fees and costs pursuant to the EAJA in the total amount of $3,400.00;

2. Plaintiff's Motion for Attorney Fees (Doc. #14) is DENIED as moot; and

3. The case remains terminated on the docket of this Court.

July 21, 2009          **\*S/THOMAS M. ROSE**

Thomas M. Rose
United States District Judge