# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| ERNEST L. ROTHGEB, | : | |
| Plaintiff, | : | |
| | | Case No. 3:08cv00115 |
| vs. | : | |
| | | District Judge Thomas M. Rose |
| MICHAEL J. ASTRUE, | : | Magistrate Judge Sharon L. Ovington |
| Commissioner of the Social | | |
| Security Administration, | : | |
| Defendant. | : | |

## DECISION AND ORDER

This case was previously remanded to the Social Security Administration for further consideration. (Doc. #s 11, 12). The case is now before the Court upon the Motion For Allowance Of Attorney Fees Pursuant to 42 U.S.C. §406(b)(1) by Plaintiff's counsel. (Doc. #17). The Commissioner does not object to the Motion. *Id*. at 102. Counsel presently seeks an Order approving, under §406(b)(1), attorney fees in the amount of $10,487.75. But Plaintiff's counsel is also requesting that "she be paid only an additional $7,087.75..." in attorney fees due to a prior award of $3,400.00 in attorney fees under the Equal Access to Justice Act. (Doc. #17 at 102-03).

In the absence of opposition by the Commissioner, counsel's Motion and supporting Exhibits establish that approval of $10,487.75 in attorney fees is warranted, as

is an Order requiring payment of the reduced amount of attorney fees – $7,087.75 – she seeks.

        Accordingly, the Court hereby **ORDERS** that:

1. The Motion For Authorization of Attorney Fees Pursuant to 42 U.S.C. §406(b)(1) (Doc. #17) is GRANTED;

2. An award of Plaintiff's attorney fees in the amount of $10,487.75 is approved, and the Commissioner is directed to remit a reduced amount – $7,087.75 – to Plaintiff's counsel; and

3. The case remains terminated on the docket of this Court.

September 1, 2010                              *s/THOMAS M. ROSE*

                                                     Thomas M. Rose
                                        United States District Judge